UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL STEVE COX,<br><br>        Plaintiff,<br> v.<br>TWO ROGUE COPS, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-00369-MMD-CLB<br><br>ORDER |

   Pro se Plaintiff Michael Steve Cox is a prisoner housed at Northern Nevada Correctional Center and brings this civil rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma* pauperis. (ECF Nos. 1, 1-1, 1-2, 5.) Before the Court is the Report and Recommendation (ECF No. 16 ("R&R")) of United States Magistrate Judge Carla Baldwin, recommending that the Court dismiss this action without prejudice and deny Cox's pending motions (ECF Nos. 7, 8, 9, 12, 13, 14) as moot. Plaintiff had until September 12, 2025 to object to the R&R. To date, no objection has been filed.[1] For that reason, and as further explained below, the Court will adopt the R&R in full.

   Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing this action because Plaintiff was given until August 28, 2025 to comply with the Court's order to pay the filing fee, and Plaintiff has not complied. Plaintiff

---

[1]The Court notes that Cox filed a motion on September 8, 2025. (ECF No. 17.) Upon review, the Court finds that this motion is not an objection filed in response to the R&R. As below, the Court holds that this motion is denied as moot with Cox's other pending motions.

cannot proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) because on at least three prior occasions, the Court has dismissed civil actions commenced by Plaintiff for failure to state a claim upon which relief may be granted. (ECF No. 16 at 1.) After considering the factors relevant to determine whether to dismiss for failure to obey a court order and finding the factors weighed in favor of dismissal, Judge Baldwin recommends dismissing the instant case. (*Id.* at 2.) The Court will adopt Judge Baldwin's R&R in full.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that Plaintiff's pending motions (ECF Nos. 7, 8, 9, 12, 13, 14, 17) are denied as moot.

The Clerk of Court is directed to enter judgment accordingly.

DATED THIS 19th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE